UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Gladys and Gilberto Ortiz

Case No.: 17-33074
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __February 6, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
239 Cuyler Avenue
Trenton, New Jersey
Valued at $48,000.00

Liens on property:
Investors Bank, $38,833.00

Amount of equity claimed as exempt: $23,675.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                         Case No. 17-33074-CMG
Gladys Ortiz                                                   Chapter 7
Gilberto Ortiz
         Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jan 08, 2018
                              Form ID: pdf905          Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2018.
db/jdb         +Gladys Ortiz,    Gilberto Ortiz,    239 Cuyler Avenue,    Trenton, NJ 08629-1807
517177684      +AAdvantage/American Airlines Mastercard,    Card services,    P.O.Box 13337,
                 Philadelphia, PA 19101-3337
517177685       American Express,    PO Box 1270,   Newark, NJ 07101-1270
517177686      +Arcadia Nursing & Rehab,    1501 State Highway 33,    Trenton, NJ 08690-1705
517177687      +Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
517177688       Caine & Weiner,    PO Box 5010,   Woodland Hills, CA 91365-5010
517177689      +Capital Health,    750 Brunswick Avenue,   Trenton, NJ 08638-4143
517177690       Capital Health Medical Group,    ATTN # 17558X,   PO Box 14000,    Belfast, ME 04915-4033
517177691       Capital Health Regional Medical Center,    P.O. Box 785841,    Philadelphia, PA 19178-0001
517177692       Capital One,    PO Box 6492,   Carol Stream, IL 60197-6492
517177693       Capital One, NA,    Capital One Drive,   PO Box 302531680,    Salt Lake City, UT 84130
517177695       Chase,   Cardmember Services,    PO Box 1423,   Charlotte, NC 28201-1423
517177694       Chase,   PO Box 1423,    Charlotte, NC 28201-1423
517177696      +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
517177697       Citicards,   PO Box 9001037,    Louisville, KY 40290-1037
517177699       First Bankcard,    P.O. Box 2557,   Omaha, NE 68103-2557
517177700      +Hamilton Dental Associates,    2929 Klockner Rd.,    Hamilton Square, NJ 08690-2809
517177701      +Investors Bank,    101 Wood Avenue South,   Iselin, NJ 08830-2750
517177702       KCI USA Inc.,    PO Box 301328,   Dallas, TX 75303-1328
517177704       Macy’s,   PO Box 9001094,    Louisville, KY 40290-1094
517177705      +Publishers Clearing House,    PO BOX 6344,   Harlan, IA 51593-1844
517177706       Saint Francis Medical Center,    PO Box 826951,   Philadelphia, PA 19182-6951
517177708       Sears Credit Cards,    PO Box 78051,   Phoenix, AZ 85062-8051
517177710       Toyota Financial Services,    PO Box 4102,   Carol Stream, IL 60197-4102
517177711       Union Plus Credit Card,    P.O. Box 71104,   Charlotte, NC 28272-1104
517177712       United Telemangement Corp,    Lourdes Burlington County,    P.O. Box 145465,
                 Cincinnati, OH 45250-5465

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 08 2018 22:54:30      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 08 2018 22:54:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517177698      +E-mail/Text: mrdiscen@discover.com Jan 08 2018 22:53:39      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
517177703       E-mail/Text: bnckohlsnotices@becket-lee.com Jan 08 2018 22:53:44      Kohls,    PO Box 2983,
                 Milwaukee, WI 53201-2983
517177683       E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2018 22:59:50      R’ US CREDIT CARDS/SYNCB,
                 POB 530938,   Atlanta, GA 30353-0938
517177707       E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2018 22:59:20      Sams Club/Synchrony Bank,
                 PO Box 530942,    Atlanta, GA 30353-0942
517180285      +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2018 22:59:50      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517177709       E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2018 22:58:54      Synchrony Bank,    P.O. Box 960090,
                 Orlando, FL 32896-0090
517177713       E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2018 22:58:54      Walmart,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin              Page 2 of 2               Date Rcvd: Jan 08, 2018
                                Form ID: pdf905          Total Noticed: 35
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin C. Fayette    on behalf of Joint Debtor Gilberto  Ortiz lawoffices@quigleyfayette.com
              Kevin C. Fayette    on behalf of Debtor Gladys  Ortiz lawoffices@quigleyfayette.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```