UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian C. Nicholas
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Ortiz, Gilberto

    Ortiz, Gladys

Order Filed on January 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   17-33074 CMG

Hearing Date: January 23, 2018

Judge:  Christine M. Gravelle

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 23, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as:

**2015 TOYOTA HIGHLANDER, VIN: 5TDBKRFH5FS184703**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Gladys Ortiz
Gilberto Ortiz
    Debtors

Case No. 17-33074-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1          Date Rcvd: Jan 23, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.
db/jdb         +Gladys Ortiz,   Gilberto Ortiz,   239 Cuyler Avenue,   Trenton, NJ 08629-1807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:
    Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
     bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
    Karen E. Bezner     Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
    Karen E. Bezner     on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
     NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
    Kevin C. Fayette    on behalf of Joint Debtor Gilberto  Ortiz kfayette@kevinfayette.com
    Kevin C. Fayette    on behalf of Debtor Gladys  Ortiz kfayette@kevinfayette.com
    Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
     rsolarz@kmllawgroup.com
    U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 7