**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gladys Ortiz | Social Security number or ITIN   xxx–xx–9784 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Gilberto Ortiz | Social Security number or ITIN   xxx–xx–3029 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–33074–CMG

## Order of Discharge                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gladys Ortiz                                              Gilberto Ortiz

2/16/18                                              **By the court:**   Christine M. Gravelle
                                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                     Case No. 17-33074-CMG
Gladys Ortiz                                               Chapter 7
Gilberto Ortiz
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Feb 16, 2018
                              Form ID: 318             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
db/jdb         +Gladys Ortiz,    Gilberto Ortiz,    239 Cuyler Avenue,    Trenton, NJ 08629-1807
517177684      +AAdvantage/American Airlines Mastercard,    Card services,    P.O.Box 13337,
                 Philadelphia, PA 19101-3337
517177686      +Arcadia Nursing & Rehab,    1501 State Highway 33,    Trenton, NJ 08690-1705
517177688       Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
517177689      +Capital Health,    750 Brunswick Avenue,   Trenton, NJ 08638-4143
517177690       Capital Health Medical Group,    ATTN # 17558X,    PO Box 14000,    Belfast, ME 04915-4033
517177691       Capital Health Regional Medical Center,    P.O. Box 785841,    Philadelphia, PA 19178-0001
517177693       Capital One, NA,    Capital One Drive,   PO Box 302531680,    Salt Lake City, UT 84130
517177695       Chase,   Cardmember Services,    PO Box 1423,    Charlotte, NC 28201-1423
517177694       Chase,   PO Box 1423,    Charlotte, NC 28201-1423
517177697       Citicards,    PO Box 9001037,    Louisville, KY 40290-1037
517177699       First Bankcard,    P.O. Box 2557,   Omaha, NE 68103-2557
517177700      +Hamilton Dental Associates,    2929 Klockner Rd.,    Hamilton Square, NJ 08690-2809
517177701      +Investors Bank,    101 Wood Avenue South,    Iselin, NJ 08830-2750
517177702       KCI USA Inc.,    PO Box 301328,    Dallas, TX 75303-1328
517177704       Macy’s,   PO Box 9001094,    Louisville, KY 40290-1094
517177705      +Publishers Clearing House,    PO BOX 6344,    Harlan, IA 51593-1844
517177706       Saint Francis Medical Center,    PO Box 826951,    Philadelphia, PA 19182-6951
517177708       Sears Credit Cards,    PO Box 78051,    Phoenix, AZ 85062-8051
517177711       Union Plus Credit Card,    P.O. Box 71104,    Charlotte, NC 28272-1104
517177712       United Telemangement Corp,    Lourdes Burlington County,    P.O. Box 145465,
                 Cincinnati, OH 45250-5465

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2018 23:35:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2018 23:34:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517177685       EDI: AMEREXPR.COM Feb 16 2018 23:13:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
517177687      +EDI: TSYS2.COM Feb 16 2018 23:13:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
517177692       EDI: CAPITALONE.COM Feb 16 2018 23:13:00      Capital One,    PO Box 6492,
                 Carol Stream, IL 60197-6492
517177696      +EDI: CITICORP.COM Feb 16 2018 23:13:00      Citi,    PO Box 6241,   Sioux Falls, SD 57117-6241
517177698      +EDI: DISCOVER.COM Feb 16 2018 23:13:00      Discover,    PO Box 71084,   Charlotte, NC 28272-1084
517177703       EDI: CBSKohls.COM Feb 16 2018 23:13:00      Kohls,    PO Box 2983,   Milwaukee, WI 53201-2983
517177683       EDI: RMSC.COM Feb 16 2018 23:13:00      R’ US CREDIT CARDS/SYNCB,    POB 530938,
                 Atlanta, GA 30353-0938
517177707       EDI: RMSC.COM Feb 16 2018 23:13:00      Sams Club/Synchrony Bank,    PO Box 530942,
                 Atlanta, GA 30353-0942
517180285      +EDI: RMSC.COM Feb 16 2018 23:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517177709       EDI: RMSC.COM Feb 16 2018 23:13:00      Synchrony Bank,    P.O. Box 960090,
                 Orlando, FL 32896-0090
517177710       EDI: TFSR.COM Feb 16 2018 23:13:00      Toyota Financial Services,    PO Box 4102,
                 Carol Stream, IL 60197-4102
517177713       EDI: RMSC.COM Feb 16 2018 23:13:00      Walmart,    P.O. Box 530927,   Atlanta, GA 30353-0927
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Feb 16, 2018
                                  Form ID: 318             Total Noticed: 35
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin C. Fayette    on behalf of Joint Debtor Gilberto  Ortiz kfayette@kevinfayette.com
              Kevin C. Fayette    on behalf of Debtor Gladys  Ortiz kfayette@kevinfayette.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```