Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 17−33074−CMG
                    Chapter: 7
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gladys Ortiz | Gilberto Ortiz |
| 239 Cuyler Avenue | 239 Cuyler Avenue |
| Trenton, NJ 08629 | Trenton, NJ 08629 |

Social Security No.:
   xxx−xx−9784                                     xxx−xx−3029

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 21, 2018</u>            <u>Christine M. Gravelle</u>
                                                  Judge, United States Bankruptcy Court